UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY KEBATTA,

                Plaintiff,

-against-

PENCIL, INC., and GREGG BETHEIL,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2025

25 Civ. 1882 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 10, 2025, the Court directed the parties to file a joint letter and proposed case management plan by May 12, 2025. ECF No. 8. Those submissions are now overdue. Accordingly, by **June 12, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 14, 2025
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge