

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2025

June 12, 2025

DIANNA D. MCCARTHY
DIRECT:  646.367.6716
DMCCARTHY@KBRLAW.COM

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:  Kebatta v. Pencil, Inc. et al,
     Civil Action No.: 1:25-cv-01882-AT

Dear Judge Torres:

    We represent Defendant Pencil, Inc. and Defendant Gregg Betheil (collectively referred to as "Defendants") in the above-referenced matter. Pursuant to Paragraph 1(C) of Your Honor's Individual Practice Rules, we write with the consent of Plaintiff's counsel to request an extension of time to submit a joint letter and proposed case management plan, up to and including June 16, 2025. This is Defendants' first request for an extension of time to file a joint letter and proposed case management plan. This request does not affect any future dates scheduled in this matter.

GRANTED.

SO ORDERED.

Dated: June 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge