UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY KEBATTA,

          Plaintiff,

-against-

PENCIL, INC., and GREGG BETHEIL,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2025

25 Civ. 1882 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 10, 2025, the Court directed the parties to file their joint letter and proposed case management plan by May 12, 2025. ECF No. 8. The Court received no such submissions. Accordingly, on May 14, the Court *sua sponte* extended the deadline to June 12. ECF No. 17. The Court then granted the parties' request to extend the deadline to June 16. ECF No. 19.

    The parties' submissions are now, once again, overdue. Accordingly, by **July 21, 2025**, the parties shall file their joint letter and proposed case management plan. Plaintiff is advised that failure to prosecute this action and comply with Court orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: June 23, 2025
       New York, New York

                                            ANALISA TORRES
                                    United States District Judge