UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY KEBATTA,

                Plaintiff,

   -against-

PENCIL, INC., et al.,

                Defendants.

25-CV-1882 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    As discussed at the status conference on August 1, 2025, the parties shall file a joint letter on the docket by **October 3, 2025**, updating the Court on the status but not the substance of their mediation.

DATED: August 1, 2025
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge