UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY KEBATTA,

                Plaintiff,

   -against-

PENCIL, INC., et al.,

                Defendants.

25-CV-1882 (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the discovery conference on September 22, 2025, Defendant's letter-motion for discovery is **GRANTED IN PART**, in that Plaintiff shall let Defendant know whether she has copies of the requested telephone records by **September 22, 2025**, and if so, Plaintiff shall produce those records in advance of the mediation scheduled for next week. The letter-motion is otherwise **DENIED**. The Clerk of Court is respectfully requested to terminate ECF 25.

DATED: September 22, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge