UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY KEBATTA,<br><br>     Plaintiff,<br><br> -against-<br><br>PENCIL, INC., et al.,<br><br>     Defendants. | 25-CV-1882 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 On August 1, 2025, I directed the parties to file a joint letter on the docket by October 3, 2025, that updated the Court on the status but not the substance of their mediation. (ECF 24, Order.) The parties have not complied.

 I am sua sponte extending the deadline for the parties to submit a joint letter nunc pro tunc until tomorrow, **October 8, 2025.**

DATED: October 7, 2025
    New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
**ROBYN F. TARNOFSKY**
United States Magistrate Judge