UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY KEBATTA,

                Plaintiff,

    -against-

PENCIL, INC., et al.,

               Defendants.

---

25-CV-1882 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court has been informed that the parties have reached a settlement in principle. (*See* ECF 29.) Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore is made by **November 6, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2nd Cir. 2004).

DATED: October 7, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge